IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BENNIE LEE WOODGETT,<br>   PETITIONER/DEFENDANT, | )<br>)<br>)   CIVIL ACTION 14-00298-KD |
| v. | )<br>)   CRIMINAL ACTION 09-00263-KD-N |
| UNITED STATES OF AMERICA,<br>   RESPONDENT. | )<br>) |

**ORDER**

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

Woodgett filed this petition pursuant to 28 U.S.C. §2255, alleging that his sentence should not have been enhanced by application of the Armed Career Criminal Act. The Eleventh Circuit recently addressed this question in *Spencer v. United States*, 2014 WL 6234529 at *1 (11th Cir. 2014) holding: "Section 2255 does not provide a remedy for every alleged error in conviction and sentencing. When a prisoner … alleges that his sentence was imposed in violation of the ... laws of the United States ... or is otherwise subject to collateral attack, a district court lacks the authority to review the alleged error unless the claimed error constitute[s] a fundamental defect which inherently results in a complete miscarriage of justice," *Id*. at. *4 (internal quotations and citations omitted). The Circuit Court then explained that the "erroneous[] designati[on] [of] a defendant as a career offender is not a fundamental defect that inherently results in a complete miscarriage of justice." *Id*. at *11.

Accordingly, it is **ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 32) is **DENIED**. It is further **ORDERED** that Petitioner is not entitled to a Certificate of Appealability, and therefore, not entitled to appeal *in forma pauperis*.

**DONE** this 1st day of December 2014.

                                                  s/ Kristi K. DuBose
                                                KRISTI K. DuBOSE
                                                UNITED STATES DISTRICT JUDGE